IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KATHY D. MYERS | : | Case No. 2:10-cv-0696 |
|---|---|---|
| Plaintiff, | : | JUDGE LANCASTER |
| v. | : | ELECTRONICALLY FILED |
| CLARION HOSPITAL, | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this **1st** day of **Sept**, 2010, upon consideration of Defendant Clarion Hospital's, *Motion to Dismiss Time-Barred Allegations in Count I of Plaintiff's Complaint and to Dismiss Count II of Plaintiff's Complaint*, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is GRANTED and the time-barred allegations set forth in Count I of Plaintiff's Complaint that occurred before December 2, 2008, and Count II of Plaintiff's Complaint, are dismissed in their entirety and with prejudice.

_____
U.S. District Judge Gary Lancaster