IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY D. MYERS | : | Case No. 2:10-cv-0696 |
| | : | |
| Plaintiff, | : | JUDGE LANCASTER |
| | : | |
| v. | : | |
| | : | ELECTRONICALLY FILED |
| CLARION HOSPITAL, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW come Plaintiff Kathy D. Myers, by and through her undersigned attorney, Neal A. Sanders, Esq., and Defendant Clarion Hospital, by and through its undersigned attorney, Donna J. Geary, Esq., and file this Stipulation of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice. Each party to bear their own costs.

**LAW OFFICES OF NEAL A. SANDERS**

*s/Neal A. Sanders*
Neal A. Sanders
PA ID #54618
1924 North Main Street Ext.
Butler, PA 16001
724-282-7771

*Counsel for Plaintiff:*
*Kathy D. Myers*

Dated: November 29, 2010

**JACKSON LEWIS LLP**

*s/Donna J. Geary*
Donna J. Geary
PA I.D. No. 62152
gearyd@jacksonlewis.com
Sheri L. Giger
PA I.D. No. 86869
gigers@jacksonlewis.com
One PPG Place, 28th Floor
Pittsburgh, PA 15222
(412) 232-0404
(412) 232-3441 *facsimile*

*Counsel for Defendant:*
*Clarion Hospital*

Dated: November 29, 2010

SO ORDERED, this 29th day of November, 2010.

_____, C.J.